## CIVIL MINUTES -- GENERAL

Case No. **CV 17-266-JFW (FFMx)**　　　　　　　　　　　　　Date: December 4, 2017

Title: Kandace Borquez -v- Equinox Holdings, Inc., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
    None　　　　　　　　　　　　　　　　　　　    None

**PROCEEDINGS (IN CHAMBERS):**　　**ORDER DISMISSING ACTION**

    In light of the Notice of Settlement filed September 8, 2017, Docket No. [83], and in absence of timely Motion For Approval of Settlement, the Court dismisses this action. The Clerk is ordered to close this case.

    IT IS SO ORDERED.